UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME HARDENE, | ) |
|       Movant, | ) |
| v. | ) No. 4:06-CV-1068(CEJ) |
| UNITED STATES OF AMERICA, | ) |
|       Respondent. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the United States is granted leave to file an affidavit as an amendment to its response to the movant's 28 U.S.C. § 2255 motion.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of December, 2006.